882

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Edmund B. Moran, Jr., and Richard D. Kharas, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, John T. Theis, and Iris E. Sholder, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* OLIVER MORGAN (Impleaded), Defendant-Appellant.

(No. 60604;

First District (5th Division)—August 22, 1975.

Opinion by Mr. JUSTICE LORENZ.

James J. Doherty, Public Defender, of Chicago (Dorothea Kaplan, Andrew J. Kleczek, and James M. Sammons, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Paul B. Linton, Assistant State's Attorneys, of counsel), for the People.